No. 436. SCHLINSKY v. UNITED STATES. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *David M. Scheffer* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Joseph M. Howard* for the United States.

No. 442. FEASTER ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *MacDonald Gallion,* Attorney General of Alabama, and *Willis C. Darby, Jr.,* for petitioners. *Acting Solicitor General Spritzer* for the United States.

No. 198, Misc. LAWRENCE v. TEXAS. Sup. Ct. Tex. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN and MR. JUSTICE STEWART are of the opinion that certiorari should be granted. *Sam Houston Clinton, Jr.,* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *George M. Cowden,* First Assistant Attorney General, *R. L. Lattimore, Howard M. Fender* and *Lonny F. Zwiener,* Assistant Attorneys General, and *A. J. Carubbi, Jr.,* for respondent.